FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Miguel Delgado, DEFENDANT(S). | CASE NUMBER M-16-731 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _6/24/16_, _____, at _11:00_ ☒ a.m. / ☐ p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _20, 3rd floor_.
_312 N. Spring Street, Los Angeles, CA 90012_
Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _6/22/16_

_____
U.S. District Judge/Magistrate Judge